**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAWRENCE LEITGEB, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STERLING INFOSYSTEMS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 1:15-cv-09909 |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**DEFENDANT STERLING INFOSYSTEMS, INC.**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Sterling Infosystems, Inc., by counsel, hereby states: (1) it is a wholly-owned subsidiary of Sterling Ultimate Parent Corp.; (2) Goldman Sachs Group, Inc. (NYSE: GS) owns or controls ten percent (10%) or more of the stock in Sterling Ultimate Parent Corp.; and (3) La Caisse de dépôt et placement du Québec (CDPQ) owns or controls ten percent (10%) or more of the stock in Sterling Ultimate Parent Corp.

Dated:  March 21, 2016                                Respectfully submitted,

                                                                          /s/
                                                                LECLAIRRYAN
                                                                Stephen M. Forte
                                                                885 Third Ave, 16th Floor
                                                                New York, NY 10022
                                                                Telephone:  (212) 634-5008
                                                                Facsimile:  (212) 634-5059
                                                                stephen.forte@leclairryan.com

        Megan S. Ben'Ary
        (*pro hac vice* application forthcoming)
        2318 Mill Rd, Suite 1100
        Alexandria, VA 22314
        Telephone:  (703) 647-5933
        Facsimile:  (703) 647-5983
        megan.benary@leclairryan.com

        ***Counsel for Defendant Sterling Infosystems, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 21th day of March, 2016, I filed a true and correct copy of the foregoing with the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Adam G. Singer
Law Office of Adam G. Singer, PLLC
60 E. 42nd Street, Suite 4600
New York, NY 10165

*Counsel for Plaintiff*

_____/s/_____
Stephen M. Forte
LECLAIRRYAN
885 Third Ave, 16th Floor
New York, NY 10022
Telephone: (212) 634-5008
Facsimile: (212) 634-5059
stephen.forte@leclairryan.com

*Counsel for Defendant Sterling Infosystems, Inc.*