UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE LEITGEB, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15-cv-09909 |
| STERLING INFOSYSTEMS, INC. | ) |
| Defendant. | ) **MOTION FOR** |
| | ) **ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Megan S. Ben'Ary, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Sterling Infosystems, Inc. in the above-captioned action. A proposed Order for Admission Pro Hac Vice is attached hereto as Exhibit A.

  I am in good standing of the bars of the state of Virginia and Washington, DC and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 23, 2016

                 Respectfully submitted,

                  /s/ Megan S. Ben'Ary
                  Megan S. Ben'Ary
                  LeClairRyan, A Professional Corporation
                  2318 Mill Road
                  Suite 1100
                  Alexandria, VA  22314
                  (703) 647-5933 (telephone)
                  (703) 647-5983 (facsimile)
                  megan.benary@leclairryan.com